# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BEREK A. SKINNER, | ) |
| | ) |
|    Movant, | ) Civil No. 16-CV-03082-S-DW |
| | ) Crim. No. 10-CR-03079-S-DW |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

## ORDER

In a Judgment filed April 4, 2017, the Eighth Circuit remanded this case "for resentencing purposes." Consequently, it is hereby ORDERED that:

(1) The U.S. Probation and Pretrial Services Office is directed to prepare an updated presentence investigation report regarding the Movant; and

(2) The Court will set a resentencing hearing date once the updated presentence investigation report is completed.

IT IS SO ORDERED.

Date: April 10, 2017                                                                 /s/ Dean Whipple
                                                                                                                       Dean Whipple
                                                                                              United States District Judge